**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MINDY LEHMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-05269-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Taratoot v. Netflix, Inc. et al.*, Case No. 22-cv-04134-JST.

　　　　**IT IS SO ORDERED.**

Dated: October 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge