UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 22-cv-04134-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED** |

This case raises similar allegations to the securities class action that is also before this Court, *In re Netflix, Inc. Securities Litigation*, Case No. 22-cv-02672-JST. "Courts generally stay a shareholder derivative suit until the culmination of a securities class action when the cases arise from the same factual allegations and the evidence in the former could jeopardize the company's defense in the latter." *In re STEC, Inc. Derivative Litig.*, No. CV 10-00667-JVS (MLGx), 2012 WL 8978155, at *4 (C.D. Cal. Jan. 11, 2012); *see also, e.g.*, *In re RH S'holder Derivative Litig.*, No. 18-cv-02452-YGR, 2019 WL 580668, at *3-5 (N.D. Cal. Jan. 23, 2019).

Parties in two recent shareholder derivative cases before this Court have agreed to stay proceedings pending resolution of the related securities class action, *In re eHealth, Inc. S'holder Derivative Litig.*, No. 20-cv-4477, ECF No. 52 at 3, or at least until the Court has resolved challenges to the complaint in the related securities class action, *In re Meta Platforms, Inc. Derivative Litig.*, No. 22-cv-0903, ECF No. 43 at 5-6.

/ / /

/ / /

/ / /

/ / /

The parties shall meet and confer to discuss whether a stipulated stay may be entered in this case. By January 27, 2023, they shall file either a stipulation and proposed order staying this case or a joint written response showing cause as to why this case should not be stayed. Unless otherwise ordered, the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

Dated:  January 4, 2023

_____
JON S. TIGAR
United States District Judge

2