AZRA MEHDI (SBN 220406)
95 Third Street, 2nd Floor, No. 9122
San Francisco, CA 94013
Ph/Fax: 415-905-8880
Email: azram@themehdifirm.com

Attorney for Plaintiff

[additional counsel appears on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NETFLIX, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.: 4:22-cv-04134-JST<br>(Consolidated with Case No. 3:22-cv-04700)<br><br>Judge: Jon S. Tigar<br>Courtroom: 6<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION** |

**WHEREAS**, on July 14, 2022, Plaintiff Cori B. Taratoot filed a stockholder derivative complaint styled *Cori B. Taratoot v. Barton, et al.* ("*Taratoot*"), Case No. 4:22-cv-04134-JST ("*Taratoot"*) on behalf of nominal defendant Netflix, Inc. ("Netflix" or the "Company") against Defendants Richard Barton, Rodolphe Belmer, Mathias Döpfner, Timothy Haley, Reed Hastings, Jay Hoag, David Hyman, Leslie Kilgore, Strive Masiyiwa, Anne Mather, Spencer Neumann, Gregory Peters, Ted Sarandos, Brad Smith, and Anne Sweeney (collectively the "Individual Defendants") and the Company (the Individual Defendants and Netflix are collectively referred to herein as "Defendants") alleging, among other things, breach of fiduciary duties and unjust enrichment; and

**WHEREAS**, *Taratoot* and the related stockholder derivative actions *Judith Ormerod v. Barton, et al.*, formerly styled Case No. 3:22-cv-04700-SK, and *Mindy Lehmann v. Barton, et al.*, formerly styled 22-cv-05269-BLF have been consolidated under the caption *In Re Netflix, Inc. Stockholder Derivative Litigation*, Case No. 4:22-cv-04134-JST ("In re Netflix, Inc. Derivative Action" or the "Action")*;* and

**WHEREAS**, a consolidated securities fraud class action captioned *In re Netflix, Inc. Securities Litigation*, Case No. 22-cv-02672-JST (the "Federal Securities Class Action") is currently pending before this Court against Netflix and certain of the Individual Defendants and alleges violations of the federal securities laws based on substantially the same facts and circumstances at issue in In re Netflix, Inc. Derivative Action*;* and

**WHEREAS**, on January 4, 2023, the Court issued an order to show cause concerning why this Action should not be stayed and directing the parties to file either a stipulation or submission concerning a stay; and

**WHEREAS**, the Parties have conferred and respectfully submit that this Action should be stayed pending resolution of motion(s) to dismiss in the Federal Securities Action; and

**WHEREAS**, the Parties agree that, at any time during which In re Netflix, Inc. Derivative Action is stayed pursuant to this Order, any Party may file a motion with the Court seeking to modify the terms of this Order, which motion may be opposed by any other Party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties listed below, through their undersigned counsel, subject to approval of the Court, as follows:

1.  All proceedings in this Action are hereby stayed pending final resolution of motion(s) to dismiss the Federal Securities Class Action.  Within thirty (30) days after final resolution of the motion(s) to dismiss in the Federal Securities Class Action, the

Parties in this Action shall meet and confer in good faith to determine how best to proceed in this Action, including the date by which Defendants will respond to the Consolidated Complaint.

2.   Defendants shall promptly notify Plaintiffs should they become aware of any related derivative lawsuit ("Related Derivative Actions") or threatened related derivative lawsuits, including books and records demands or litigation demands ("Threatened, Related Derivative Actions").

3.   In entering into this Stipulation and agreement, the Parties expressly reserve all of their respective rights, claims and defenses.

4.   This Stipulation shall not preclude or prevent the Parties from stipulating to, or filing a motion seeking, a court order lifting, modifying or extending the terms of this Stipulation or any Party's right to oppose such motion.

**IT IS SO STIPULATED**.

Dated: January 27, 2023                   Respectfully submitted,

THE MEHDI FIRM, PC
By: /s/ *Azra Mehdi*
Azra Z. Mehdi (SBN 220406)
95 Third Street, 2nd Floor, No. 9122
San Francisco, CA 94013
Ph/Fax: 415-905-8880
Email: azram@themehdifirm.com

HERMAN JONES LLP
John C. Herman (Ga. Bar No. 348370)
(to seek admission pro hac vice)
Candace N. Smith (Ga Bar No. 654910)
(to seek admission pro hac vice)
3424 Peachtree Rd., N.E., Ste. 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501

| | |
|---|---|
| 1 | Email: jherman@hermanjones.com |
| 2 | Email: csmith@hermanjones.com |

*Counsel for Plaintiff Cori B. Taratoot*

Dated: January 27, 2023

MAGNANIMO DEAN LAW, APC
By: */s/ Lauren A. Dean*
Lauren A. Dean (SBN 174722)
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367
Telephone: (818) 305-3450
Email: lauren@magdeanlaw.com

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com

*Counsel for Plaintiff Judith Ormerod*

Dated: January 27, 2023

By: */s/ Joel E. Elkins*
JOEL E. ELKINS (SBN 256020)
WEISS LAW LLP
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
Email: jelkins@weisslawllp.com

AND

WEISS LAW LLP
David C. Katz (to seek admission pro hac vice)
Mark D. Smilow (to seek admission pro hac vice)
305 Broadway, 7th Floor

New York, NY 10007
Telephone: (212)682-3025
Facsimile: (212)682-3010
Email: dkatz@weisslawllp.com
Email: msmilow@weisslawllp.com

*Counsel for Plaintiff Mindy Lehmann*

STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION
4

Dated: January 27, 2023

WILSON SONSINI GOODRICH & ROSATI PC
By: */s/ Keith Eggleton*
Keith E. Eggleton
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: keggleton@wsgr.com

*Counsel for Defendants Richard Barton, Rodolphe Belmer, Mathias Döpfner, Timothy Haley, Reed Hastings, David Hyman, Jay Hoag, Leslie Kilgore, Strive Masiyiwa, Ann Mather, Spencer Neumann, Gregory Peters, Ted Sarandos, Brad Smith, Anne Sweeney, and Nominal Defendant Netflix, Inc.*

## ECF SIGNATURE ATTESTATION

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: January 27, 2023         THE MEHDI FIRM, PC

By: */s/ Azra Mehdi*
Azra Mehdi
*Counsel for Plaintiff Cori B. Taratoot*

**ORDER**

Pursuant to the stipulation of the signed Parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved,

**IT IS SO ORDERED.**

DATED: January _____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE